UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>    v.<br><br>FAVIO MATOS<br>    Defendant | CRIMINAL NO. 98-0068(HL)(HL) |

NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

   Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Criminal Fine imposed in this case has been satisfied in full by defendant Favio Matos.

   I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

   In San Juan, Puerto Rico, this 2 day of March of 2006.

                                   H. S. GARCIA
                                   UNITED STATES ATTORNEY


                           S/   REBECCA VARGAS VERA
                                Assistant U.S. Attorney
                                Financial Litigation Unit
                                USDC ID NO. 203307
                                Torre Chardon, Suite 1201
                                350 Carlos Chardon Street
                                San Juan, Puerto Rico  00918
                                Tel. 766-5656