UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff<br><br>      v.<br><br>FAVIO MATOS<br>      Defendant | CRIMINAL NO. 98-0068(HL)(HL) |

### (AMENDED) NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment has expired by law; and, Criminal Fine imposed in this case has been satisfied in full by defendant Favio Matos.

I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

In San Juan, Puerto Rico, this 3 day of March of 2006.

H. S. GARCIA
UNITED STATES ATTORNEY

S/ REBECCA VARGAS VERA
Assistant U.S. Attorney
Financial Litigation Unit
USDC ID NO. 203307
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico  00918
Tel. 766-5656

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br><br>            v.<br><br>FAVIO MATOS<br>        Defendant | CRIMINAL NO. 98-0068(HL)(HL) |

## ENTRY OF SATISFACTION

The Satisfaction of the SPECIAL MONETARY ASSESSMENT AND CRIMINAL FINE IS HEREBY ENTERED.

San Juan, Puerto Rico, this __ day of _____ of _____.

```
                        FRANCES RIOS DE MORAN
                        CLERK OF THE COURT
                        UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF PUERTO RICO


                   By: _____
                              Deputy Clerk
```